THE STATE OF OHIO, APPELLEE, *v.* FORNEY, APPELLANT.

[Cite as *State v. Forney* (1995), 72 Ohio St.3d 563.]

(No. 95–250—Submitted April 18, 1995—Decided July 26, 1995.)

564

*La Don M. Forney, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.